UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-cr- |
| | : | |
| v. | : | VIOLATION: |
| | : | D.C. Code § 50-2201.05b(b)(1) |
| JAHARI SHUJAA GARRETT, | : | (Fleeing from a Law Enforcement Officer in a Motor Vehicle) |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 10, 2025, within the District of Columbia, **JAHARI SHUJAA GARRETT**, while operating a motor vehicle, did knowingly fail and refuse to bring that motor vehicle to an immediate stop and did attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop.

(**Fleeing a Law Enforcement Officer,** in violation of D.C. Code § 50-2201.05b(b)(1))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Christine M. Macey
Assistant United States Attorney
D.C. Bar No. 1010730
Deputy Chief, Felony Major Crimes Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov